# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAKIN *et al.*,<br><br>                     Plaintiffs,<br>  vs.<br>CONSTRUCTION NAVALE BORDEAUX S/A LAGOON *et al.*<br>                     Defendants. | CASE NO. 07cv1323-L(AJB)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On March 12, 2008, Plaintiffs and Defendants Sound Catamarans and Ian Vale, the only Defendants who have appeared, filed a Stipulation of Dismissal, stating the case has settled. They request dismissal of this action with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), the complaint in this action is hereby **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**.

DATED: March 12, 2008

                                                         M. James Lorenz<br>
                                                         United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL